FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 NOV 21  PM 2: 46

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

GARY COOKE,                          )
                                     )
      Petitioner,                    )
                                     )
v.                                   )     CV 105-067
                                     )
UNITED STATES OF AMERICA,            )
                                     )
      Respondent.                    )

---

### O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Government's motions to dismiss (doc. nos. 3, 4) are **GRANTED**, the case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 21 day of November, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE